147 A.3d 451

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. DAVID CONNOR CASTELLANI, DEFENDANT-RESPONDENT.

July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005396-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

147 A.3d 451

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MICHAEL RICKS, DEFENDANT-PETITIONER.

FILED July 15, 2016.

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002223-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.